1  JODI D. THORP
   CLARKE JOHNSTON THORP & RICE
2  *A Partnership of Professional Corporations*
   State Bar No. 223663
3  180 Broadway, Suite 1800
4  San Diego, CA 92101
   (619) 223-3169
5  jodi@cjtrlaw.com

6  Attorney for Defendant
7  ROYA NIKZAD PHD ALLERGY & ACUPUNCTURE,
   A PROFESSIONAL CORPORATION

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>  Plaintiff,<br><br>  V.<br><br>ROYA NIKZAD PHD ALLERGY & ACUPUNTCURE, A PROFESSIONAL CORPORATION,<br><br>  Defendant. | CASE NO: **'22 CV2050 RBM DDL**<br><br>State Case No.: 37-2022-00042275-CU-CR-CTL<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT UNDER 28 U.S.C. §§ 1441(a) AND 1331** |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA:**

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441(a) and 1331, Defendant ROYA NIKZAD PHD ALLERGY & ACUPUNCTURE, A PROFESSIONAL CORPORATION ("Defendant") hereby removes the state court action described below to the United States District Court for the Southern District of California. The grounds for removal are as follows:

NOTICE OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT

**FACTUAL SUMMARY**

1. On September 26, 2022, Plaintiff CHRIS LANGER ("Plaintiff") commenced an action against Defendant in the California Superior Court for the County of San Diego, entitled *Chris Langer v. Roya Nikzad PHD Allergy & Acupuncture, a Professional Corporation*; and Does 1-10, Case No. 37-2022-00042275-CU-CR-CTL ("the State Case").

2. On November 28, 2022, Plaintiff served Defendant with the Complaint and Summons by leaving a copy at the front desk of Defendant's business.

3. This notice is therefore timely pursuant to 28 U.S.C. § 1446(b) because it is being filed within thirty (30) days after Plaintiff's service of the Complaint.

**JURISDICTION**

4. Removal is proper pursuant to 28 U.S.C. § 1441(a), which entitles a defendant to remove "any civil action brought in a State Court of which the district courts of the United States have original jurisdiction," and 28 U.S.C. § 1331, which gives district courts "original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States," which includes the ADA.

5. The district court has supplemental jurisdiction over the alleged state law claim, under California's Unruh Act, because it is so related to the claim over which the district court has original jurisdiction that they "form part of the same case or controversy." 28 U.S.C. § 1367(a).

6. Pursuant to 28 U.S.C. § 1446(a), Defendant attaches copies of all process, pleadings, and orders served upon Defendant in the State Case. **Exhibit 1** is a true and correct copy of the Complaint, **Exhibit 2** is a true and correct copy of the Civil Cover Sheet. **Exhibit 3** is a true and correct copy of the Summons. **Exhibit 4** is a true and correct copy of the Case Assignment and **Exhibit 5** is a true and correct copy of the document alleging substitute Proof of Service.

DATED: December 27, 2022

                                              */s/ Jodi D. Thorp*
                                              JODI D. THORP
                                              Attorney for the Defendant
                                              ROYA NIKZAD PHD ALLERGY & ACUPUNCTURE, A PROFESSIONAL CORPORATION